# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 7806 | **DATE** | 2/10/2003 |
| **CASE TITLE** | Troy Campbell vs. Officer Saronda Turner, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. All of defendants' affirmative defenses are stricken sua sponte. And of course defendants have lost no substantive rights by reason of this court's action in that respect.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | **Document Number** |
|---|---|---|---|
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | FEB 11 2003 | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 2/10/2003 | |
| | | date mailed notice | |
| SN | courtroom deputy's initials | SN | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TROY CAMPBELL, )
)
Plaintiff, )
)
v. ) No. 02 C 7806
)
OFFICER SARONDA TURNER, et al., )
)
Defendants. )

DOCKETED
FEB 11 2003

MEMORANDUM ORDER

All three police officer defendants in this 42 U.S.C. §1983 ("Section 1983") action brought against them by Troy Campbell ("Campbell"), who charges them with the gratuitous and unjustified imposition of excessive force in violation of Campbell's Fourth Amendment rights,[1] have filed an Answer to Campbell's Complaint that includes three purported affirmative defenses ("ADs"). But those ADs do not conform to the concept that is embodied in Fed. R. Civ. P. 8(c) and the universal caselaw--see App. ¶5 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 279 (N.D. Ill. 2001). Instead all three ADs expressly contradict Campbell's allegations in Complaint ¶¶8-10 and 13, all of which allegations have been placed in issue by the denials contained in the Answer itself.

---

[1] As always, this opinion adheres to the conventional and convenient (though technically imprecise) practice of referring to the underlying Bill of Rights provision (which of course imposes limitations only on the federal government) rather than to the Fourteenth Amendment (which applies to state actors and has been construed to embody such Bill of Rights guaranties).

Accordingly all of the ADs are stricken sua sponte. And of course defendants have lost no substantive rights by reason of this Court's action in that respect.

/s/ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: February 10, 2003